949 A.2d 205

IN THE MATTER OF BRUCE E. BALDINGER, AN ATTORNEY
AT LAW (ATTORNEY NO. 018371984).

June 11, 2008.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–310, concluding that **BRUCE E. BALDING-ER** of **BRIDGEWATER,** who was admitted to the bar of this State in 1984, should be reprimanded for violating *RPC* 1.7(a)(2) (concurrent conflict of interest) and *RPC* 1.8(a) (engaging in business transaction with client without required safeguards), and good cause appearing;

It is ORDERED that **BRUCE E. BALDINGER** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.